IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OCEANA, INC.,<br><br>Plaintiff.<br><br>v.<br><br>CARLOS GUTIERREZ, et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action  No. 04-810 ESH |

## DECLARATION OF PATRICIA A. KURKUL

I, PATRICIA A. KURKUL, declare as follows:

1.     I am the Northeast Regional Administrator of the National Marine Fisheries Service, National Oceanic and Atmospheric Administration, Department of Commerce ("NOAA Fisheries"), Gloucester, Massachusetts. In this capacity, I am responsible for the development of policy and the implementation of management programs for the living marine resources of the northeastern United States. I represent the Secretary of Commerce on the New England Fishery Management Council ("Council") and in other regional activities and am familiar with all activities undertaken by the Council and my staff in preparation and implementation of management measures regarding fisheries of Northeastern United States, including the Atlantic Sea Scallop fishery managed under the Atlantic Sea Scallop Fishery Management Plan (FMP). I

1

supervise the personnel in the Region who are charged with the implementation of fishery management plans and are involved with Council staff in developing and analyzing management measures under the scallop FMP.

2. The purpose of this declaration is to advise the Court of the practical consequences of reinstating scallop FMP Amendment 10 measures to close areas to scallop fishing to protect essential fish habitat (EFH).

3. As part of the area rotation management scheme implemented in Amendment 10 to the scallop FMP, Framework 16 to the scallop FMP designated a zone in the area known as Closed Area I in the Northwestern Atlantic Ocean that would be open to scallopers for one trip per vessel during the 2005 fishing year. This zone is bounded on the north and south by EFH closed areas where neither scallopers nor groundfish vessels are allowed to fish. Framework 16 analyzed the effects of opening this area for scallop fishing based on the EFH closures established by Amendment 13 to the Northeast Multispecies FMP ("Amendment 13") and the identical EFH closure measures established by the framework. If the Amendment 10 EFH closures are reinstated, this zone will be significantly reduced in size in a way that was not analyzed as to its effects on scallopers who are intending to fish in the area. Based on preliminary data, it appears that only about half of the allocated trips for Closed Area I have been taken and of those trips only about half were taken in the portion of the zone that would be closed through the reinstatement of Amendment 10 closures. Although scallopers could reposition where they fish, they may have a harder time catching scallops in the smaller area which could lead to unanticipated negative economic impacts on the scallopers that have not yet taken their one trip into this area. In addition, the combination of Amendment 10 and Amendment 13/Framework 16 closures could result in concentrating effort into a smaller area, causing over-harvesting of the scallop resource in the area.

2

4. In terms of the overall objectives of area rotational management of the scallop resource established by Amendment 10 and modified by Framework 16, reinstatement of Amendment 10 EFH closures may affect the achievement of optimum yield for this fishing year, and may put management of the resource somewhat off track from what was expected and analyzed for the 2005 fishing year.

5. Reinstatement of the Amendment 10 EFH closures may have longer term effects for the upcoming fishing years as well. The Council is currently in the final stages of developing and analyzing proposed rotational management areas for the 2006 and 2007 fishing years in Framework 18. The first meeting of this Framework was held at the June Council meeting, and the final meeting for the Framework is scheduled for the September 13-15 Council meeting. The Council staff and NOAA Fisheries staff are just now completing the analysis of the impacts of the proposed measures so that they can be included in a mailing to Council members by September 2. If Amendment 10 EFH closures are put back into place the analysis of the proposed measures will have to be redone which is likely to delay the completion of Framework past the time necessary to implement it at the start of the next fishing year.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Gloucester, Massachusetts, on this 15 of August, 2004.

Patricia A. Kurkul
Regional Administrator, Northeast Region, NMFS

3