IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

OCEANA, INC.                                          )
                                                      )
                    Plaintiff,                        )
                                                      )
        v.                                            )         Civil Action No. 04-810 ESH
                                                      )
CARLOS M. GUTIERREZ, et al.,                          )
                                                      )
                    Defendants.                       )
_____          )

**[PROPOSED] ORDER ON FEDERAL DEFENDANTS'**
**MOTION FOR CLARIFICATION**

This matter comes before the Court on Federal Defendants' Motion for Clarification.

The Court, having reviewed the motion, finding good cause, and being otherwise fully advised,

FINDS and ORDERS as follows:

The Court hereby clarifies that the Court's August 2, 2005, Order only vacates the

Framework 16 habitat closures.


DATED, this _____ day of _____, 2005.


                                        _____
                                        United States District Court Judge