UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| OCEANA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-810 (ESH) |
| ) | |
| DONALD L. EVANS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that defendants' motion to clarify is **GRANTED** and the Court's August 2, 2005 Order [# 73] is clarified to the extent that it reinstates the habitat area closures established by Amendment 10 so it is not necessary for defendants to repromulgate those closures; and it is

**FURTHER ORDERED** that defendant-intervenor's Motion to Alter or Amend Judgment is **DENIED**; and it is

**FURTHER ORDERED** that the Court's August 2, 2005 Memorandum Opinion [#74 ] is **AMENDED** to **DELETE** the following language from page 87:

> The Court's conclusion does not affect the agency's ability to implement this change under its authority pursuant to § 1853(c), which allows the Secretary to make "modifications" to an FMP after its approval. The only difference is that these modifications are subject to the notice and comment provisions of § 1854(b), whereas framework "actions" are not.

                                                      s/
                                       ELLEN SEGAL HUVELLE
                                       United States District Judge

Date:   October 6, 2005